UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
EDUARDO ROJAS, individually and on behalf of all others similarly situated,

                      Plaintiff,

            -against-

B E F RESTAURANTE INC. d/b/a CASA D'ANGELO; IYAD KHALED HAMSHO, FARHOD GADAYBEAU, and BRUNO BRANCELEONE,

                      Defendants.
---------------------------------------------------------------------------X

Civil Action No. 1:23-cv-06160

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS**, Plaintiff and Defendants to the above-captioned action, by their respective counsel, having jointly applied for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated settlement agreement, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, and ordered by this Court, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and

**IT IS FURTHER STIPULATED AND AGREED** that electronic signatures or copies of signatures on this Stipulation shall serve the same purpose as original signatures.

Dated: November 22, 2023

    KATZ MELINGER PLLC

By: _____
    Adam Sackowitz
    370 Lexington Avenue, Suite 1512
    New York, New York 10017
    T: (212) 460-0047
    ajsackowitz@katzmelinger.com
    *Attorneys for Plaintiff*

Dated: November 22, 2023

    VIRGINIA & AMBINDER LLP

By: *Lloyd Ambinder*
    Lloyd Ambinder
    40 Broad Street, 7th Floor
    New York, New York 10004
    T: (212) 460-0047
    ajsackowitz@katzmelinger.com
    *Attorneys for Defendants*

SO ORDERED this 8th day of January, 2024

_____
Jessica Clarke

The Clerk of Court is directed to CLOSE the case.

2